IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORIGA
ATLANTA DIVISION

| | |
|---|---|
| **LORENZO BYRD**, on behalf of **TOMMY L. BYRD**, an incompetent adult,<br>      Plaintiff<br><br>vs.<br><br>**UNITED STATES OF AMERICA**,<br>      Defendant | NO. _____ |

# AFFIDAVIT OF MERIT UNDER GA. CODE ANN. § 9-11-9.1

I am Abhay Kumar, M.D., and I declare the following as true and correct:

1) I am of sound mind, over the age of 18, and have personal knowledge of the facts contained in this affidavit.

2) In November 2016, I was licensed to practice medicine by the State of Missouri. I have actual professional knowledge and experience in the areas of practice or specialties in which I am opining here in this affidavit. My knowledge and experience are a result of the active and continuous practice of medicine and neurology for at least the last five years. I have regularly consulted, diagnosed, and treated patients like Mr. Byrd. I have also taught medical students, interns, or residents for at least the three of the last five years as an employed member of the faculty of an educational institution accredited in the teaching medicine. Also, in at least the three of the five years, I have supervised nurses or medical support staff and have knowledge of the standard of care of those health care providers. I have attached my CV to this document and am incorporating it here.

3) Based on my skills, knowledge, education, experience, and training, I believe that there are more than one acts or omissions which caused injury to Mr. Byrd in November 2016.

DocVerify ID: B46F709A-5A49-43AB-9331-9B0E429A0BCD
www.docverify.com                                                                  Page 1 of 3    19B0E429A0BCD 

4) Between November 16 to 22, 2016, various health care providers (e.g., psychiatry), residents, nurses, and medical support staff saw Mr. Byrd. Based on Mr. Byrd's presentation at the time (disorientation, speech, delirium, memory issues, confusion, gait, and EKG results), these providers had an obligation under the standard of care to consult neurology. A broad differential should have been used to consider organic and neurological causes of his presentation. To work up this scenario, brain imaging (CT scan of the brain, followed by an MRI) should have been done soon after symptom onset. Had providers consulted a neurologist, a reasonable neurologist, more likely than not, would have ordered imaging, which would have diagnosed Mr. Byrd's stroke earlier, which in turn would have preserved Mr. Byrd's brain function.

5) On November 22nd, 2016, neurology was consulted. It was noted that Mr. Byrd was slurring his speech at this point. Given the slurred speech and the history of neurologic complaints (e.g., delirium, memory issues, confusion, gait/leg weakness, etc.) between his surgery and Nov 22, it was incumbent on neurology to order an emergent MRI to rule out stroke. This was not done and it was a violation of the standard of care. Had the providers at the Atlanta VAMC intervened appropriately under the standard of care, more likely than not, Mr. Byrd's brain function would have been preserved.

6) To be clear, I have not expressed all of my opinions on negligence in this affidavit. As I understand Georgia law, I am only required to state one act of negligence. All of the opinions I have expressed in this affidavit are to a reasonable degree of medical probability.

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this _____ day of __07/20/2020__, 2020.

*Abhay Kumar*
Signed on 2020/07/20 18:07:59 -6:00

SIGNATURE OF ABHAY KUMAR, M.D.

Page 2 of 3

State of Texas

County of Harris

This instrument was acknowledged before me by means of an interactive two-way audio and video communication on _____ by ABHAY KUMAR, M.D. This notarial act was an online notarization.

Subscribed & Sworn before me by the declarant, ~~who is personally known to me,~~ on this _____ day of 07/20/2020 , 2020.



**Rocky LeAnn Pilgrim**
**Commission # 126857748**
Notary Public
STATE OF TEXAS
My Comm Exp. Apr 03, 2021

Notary Stamp 2020/07/20 16:07:59 PST


Signed on 2020/07/20 18:07:59 -6:00

F52C1F9F22A2

NOTARY PUBLIC

Page 3 of 3




# Affidavit of Merit Under Ga Law.pdf

| | |
|---|---|
| DocVerify ID: | B46F709A-5A49-43AB-9331-9B0E429A0BCD |
| Created: | July 20, 2020 17:51:11 -6:00 |
| Pages: | 3 |
| Remote Notary: | Yes / State: TX |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

### E-Signature Summary

**E-Signature 1: Abhay Kumar (AK)**
July 20, 2020 18:07:59 -6:00 [773C57C38696] [198.51.61.251]
neuroabhay@gmail.com (Principal) (ID Verified)

**E-Signature Notary: Rocky LeAnn Pilgrim (RLP)**
July 20, 2020 18:07:59 -6:00 [F52C1F9F22A2] [67.200.249.67]
rocky@pilgrimlaw.com
I, Rocky LeAnn Pilgrim, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat. All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.



Kumar, A                                                          November, 2018

# Curriculum Vitae
# Abhay Kumar, M.D.

**Office Address**

[redacted],
[redacted],
Houston, TX 77030
Phone: 713-500-6128

**Nationality**: India, permanent resident of United States (Green Card)

**Home Address**

[redacted]
Houston TX 77056
Email: [redacted]
Phone (Cell): [redacted]

**Current and Past Positions, Institutions/Hospitals with Start/ End date**

| | | |
|---|---|---|
| Attending Neurocritical Care Neurologist, Memorial Hermann Hospital, Houston, Texas | | 08/2018- |
| Clinical Associate Professor, University of Texas Health Science Center, Houston, Texas | | 09/2018- |
| Assistant Professor of Neurology (Stroke and NeuroCritical Care) Saint Louis University School of Medicine | | 07/2012 –06/2018 |

## Education

### Postgraduate training:

Neurocritical Care Fellowship                         07/2010 – 06/2012
Washington University School of Medicine

Neurology Residency                                   07/2007 – 06/2010
University of Florida, Gainesville, FL

Internal Medicine, Internship                         06/2006 – 06/2007
Westlake Hospital, Melrose Park, IL

Graduate Research Assistant                           08/2004 – 06/2006
Neuroscience Program, University of Iowa

Research Fellow                                       11/2003 – 02/2004
TSS Inst. Of Neurological Sciences & Research
India

Internship                                            03/2002 – 03/2003
Patna Medical College Hospital
Patna, India

### Graduate degree and major, University

MS                                                    08/2012 – 08/2016
Outcomes Research & Evaluation Sciences
Saint Louis University

MBBS                                                          03/2002
(Bachelor of Medicine &Bachelor of Surgery)
Patna Medical College
Patna, India

## Certification and Licensure

American Board of Psychiatry and Neurology, Cert. # 56326, valid through 2020
Board certified in Neurocritical Care by United Council of Neurologic Suspecialities (UCNS), Cert. # NCC 00965-13, valid through 2023

Comprehensive Neurosonology Examination (Physics and Transcranial Doppler), February 2018-
Emergency Neurological Life Support, October 2016-
Advanced Cardiac Life Support, July 2012-

Missouri State License #2010003410, Jan 2010-
Texas State License # R8399, July 2018-
Illinois State License # 036147196, Aug 2018-

## Professional Society Memberships

Member, American Academy of Neurology
Member, Neurocritical Care Society, USA
Member, American Stroke Association
Member, Society of Critical Care Medicine

## Honorary Societies, Honors and Awards

Presidential Citation, Neurocritical Care Society, September, 2018
Presidential Citation, Neurocritical Care Society, October, 2017
Presidential Citation, Neurocritical Care Society, September, 2016
Outstanding Resident Teacher, University of Florida, 2010
J. Kiffin Penry Residents Epilepsy Program, Wake Forest University, Winston-Salem, North Carolina, September 2009
S. Anantharamakrishnan Fellowship in Neurology at TSS Research Institute, Chennai, India, 2003-2004
Outstanding Investigator Award for the poster *"The Problem of Stroke in Our Community"* at the International Workshop on Stroke, Chennai, India, February 2004

## Current and Past Professional Services

### Saint Louis University School of Medicine

Course Director, N-411: Neurology:Neurocritical Care  10/2016- 06/2018
SOM Elective
Course  Director N-502: Neurology: Neurocritical Care 10/2016- 06/2018
Subinternship Elective

### SSM Saint Louis University Hospital

| | |
|---|---|
| Chair, Nursing, ICU and Education Subcommittee<br>St Louis University Hospital | 11/2017- 06/2018 |
| Chair, Cerebrovascular M&M,<br>St Louis University Hospital | 11/2014- 06/2018 |
| Member, Antibiotic Stewardship Task Force,<br>St. Louis University Hospital | 02/2014- 06/2018 |
| Physician Champion, Organ Donation Committee<br>St. Louis University Hospital | 05/2013 – 06/2018 |
| Member, Critical Care Committee<br>St. Louis University Hospital | 05/2013 – 06/2018 |
| Member, Critical Care Task Force<br>Mid America Transplant | 03/2013 – 06/2018 |
| Member, CAUTI-CUSP Committee<br>St. Louis University Hospital | 09/2012 – 06/2018 |

### Society

| | |
|---|---|
| Member, NeuroSAE Working Group<br>American Academy of Neurology | 06/2014- 2015 |
| Member, Communications Committee<br>Neurocritical Care Society | 03/2014- present |
| Moderator, #NCSTJC<br>(Bimonthly journal club on Twitter organized by<br>Neurocritical Care Society) | 02/2015- present |
| Co-Chair, Communications Committee<br>Neurocritical Care Society | 09/2016- 10/2017 |
| Co-Chair, Marketing & Communications Committee<br>Neurocritical Care Society | 10/2017- 09/2018 |
| Chair, Marketing & Communications Committee<br>Neurocritical Care Society | 09/2018- |

## Current and Past Teaching Responsibilities

| | |
|---|---|
| Saint Louis University School of Medicine<br>Department of Neurology & Psychiatry<br>　　Teaching medical students, residents, and ancillary<br>　　staff on rounds and through didactics. | 07/2012 – 06/2018 |
| Washington University School of Medicine<br>　　Teaching house staff and ancillary staff in<br>　　NeuroICU in didactic sessions. | 07/2010 – 06/2012 |
| Washington University School of Medicine<br>　　Mentored first-year medical students in<br>　　neurological examination. | 03/2012 |

University of Florida College of Medicine                Spring 2010
Gainesville, FL
    Resident faculty for first-year physician assistant
     class at university.

University of Florida College of Medicine                Spring 2008
Gainesville, FL
    Teaching assistant for Medical Neuroscience
     course for first-year medical students.

**Mentorship resulting in projects, abstracts, or journal publications**

1. Flavia Lee, DO, neurology resident, Saint Louis University, 2016- 2018
2. Reyanna Massaquoi, neurology resident, Saint Louis University, 2016- 2018
3. Nitish Kumar, MD, neurology resident, Saint Louis University, 2016- 2018
4. Akash Bodhit, MD, neurology resident, Saint Louis University, 2016- 2018
5. Dale Smith, BS, Medical Student, Saint Louis University, 2016- 2018
6. Pavan Tummala, MD, neurology resident, Saint Louis University, 2013- 2016
7. Joanna Ramiro, MD, neurology resident, Saint Louis University, 2013- 2016
8. Aws Alawi, MD, neurology resident, Saint Louis University, 2012-2014
9. Nabil Makhlouf, medical student, Saint Louis University, 2013- 2014
10. Lauren Gorton, medical student, Saint Louis University, 2015-2016

**Bibliography**

    **Peer reviewed articles:**

1. Yeboah K, Bodhit A, Balushi AA, Krause E, **Kumar A**. *Acute Ischemic Stroke in a Trauma Cohort: Incidence and Diagnostic Challenges.* Accepted for publication in Am J Emerg Med. PMID: 30414742
2. Braun J, Gau E, Revelle S, Byrne L, **Kumar, A.** *Impact of Non-Guideline-Based Treatment of Status Epilepticus* J Neurol Sci. 2017 Nov 15;382:126-130
3. Sujijantarat N, El Tecle N, Pierson M, Urquiaga JF, Quadri NF, Ashour AM, Khan MQ, Buchanan P, **Kumar A**, Feen E, Coppens J. *Trans-Sulcal Endoport Assisted Evacuation of Supratentorial Intracerebral Hemorrhage: Initial Single-Institution Experience Compared to Matched Medically Managed Patients and Effect on 30-Day Mortality.* Oper Neurosurg (Hagerstown). 2018 May 1;14(5):524-531. doi: 10.1093/ons/opx161.
PMID: 28973545

4. Gorton L, Dhar R, Woodworth L, Anand NJ, Ramiro J, **Kumar A.** *Pneumothorax as a Complication of Apnea Testing for Brain Death.* Neurocrit Care (2016) 25: 282
5. Zhang Y, **Kumar A,** Tezel J, Zhou Y. *Imaging evidence for cerebral hyperperfusion syndrome after intravenous tissue plasminogen activator for acute ischemic stroke.* Accepted for publication in Case Reports in Neurological Medicine. 2016. vol. 2016, Article ID 8725494, 5 pages, 2016. PMID: 27242938
6. **Kumar A,** Tummala P, Feen E, Dhar R. *Spinal Decerebrate-Like Posturing after Brain Death: Case Report and Review of the Literature.* J Intensive Care Med. 2016. May 11. PMID: 27170657

7. Brown RJ, **Kumar A,** McCullough LD, Butler, K. *A survey of blood pressure parameters after aneurysmal subarachnoid hemorrhage.* Int J Neurosci. 2016 Jan 29:1-8. PMID: 26822716
8. **Kumar A,** Cage A, Dhar R. *Dialysis-induced worsening of cerebral edema in intracranial hemorrhage: a case series and clinical perspective*. Neurocrit Care 2015 Apr; 22(2):283-7. PMID: 25228116
9. Mehta S, Vora N, Edgell RC, Allam H, Alawi A, Koehne J, **Kumar, A,** Feen E, Cruz-Flores S, Alshekhlee A. *Stroke Mimics under the Drip-and-Ship Paradigm.* J Stroke Cerebrovasc Dis. 2014 May-Jun; 23(5):844-49. PMID: 23954600
10. Hedna VS, **Kumar A**, Miller B, Bidari S, Salardini A, Waters MF, Hella M, Valenstein E, Eisenschenk S. *Intracranial Hypotension Masquerading as Non-convulsive Status Epilepticus*. J Neurosurg. 2014 Mar; 120(3): 624-27. PMID: 23971956
11. **Kumar A**, Brown R, Dhar R, Diringer M. *Early Versus Delayed Cerebral Infarction Following Aneurysm Repair After Subarachnoid Hemorrhage*. Neurosurgery. 2013 Oct;73(4):617-23. PMID: 23787882
12. Brown RJ, **Kumar A**, Dhar R, Sampson TR, Diringer MN. *Relationship Between Delayed Infarcts and Angiographic Vasospasm after Aneurysmal Subarachnoid Hemorrhage*. Neurosurgery 2013. May;72(5):702-7. PMID: 23313984
13. **Kumar A**, Keyrouz SG, Willie JT, Dhar R. *Reversible Obstructive Hydrocephalus in Hypertensive Encephalopathy*. Neurocrit Care 2012. June;16(3):433-9. PMID: 22234407
14. Guerrero W, **Kumar A**, Khaku A, Heilman KM. *Spatially Adherent Graphemic Perservation*. Cogn Behav Neurol 2010. Dec;23(4):269-73. PMID: 21042207
15. Singh S, **Kumar A**. *Wernicke Encephalopathy after Obesity Surgery – A systematic review*. Neurology 2007. Mar 13;68(11)807-11. PMID: 17353468

**Invited articles:**

1. Ramiro R, **Kumar A**. *Updates on management of anoxic brain injury after cardiac arrest*. Mo Med. 2015 Mar-Apr;112(2):136-41. PMID: 25958659

**Book chapters**

1. Rundle-Gonzalez, **Kumar A**, Okun MS. *Deep Brain Stimulation* in Neurology in Clinical Practice 7th Edition, Elsevier, Philadelphia. 2015.
2. Kalia J, Feen E, **Kumar A**. *Intensive Care of the Neurointerventional Patient* in Neurointervention in the Medical Specialties: A Comprehensive Guide. Springer, USA. 2015.
3. Bauer RM, Reckess GZ, **Kumar A**, Valenstein E. *Amnestic disorders* in Clinical Neuropsychology. 5th Edition. OUP, USA. 2012.
4. **Kumar A**, Pandey A, Okun MS. *Neuromodulation* in Neurology in Clinical Practice 6th Edition, Elsevier, Philadelphia. 2011.

**Posters and Presentations**

1. Schroeder L, Braun J, Welch E, **Kumar A**. *Hospital-onset Seizures: Epidemiology, Management, and Outcomes.* Poster presentation at Neurohospitalist Society, St Louis, USA, October 2018.
2. **Kumar A**, Kumar A, Muren W. *Ancillary Testing Use in Brain Death Determination is Highly Variable and Institution Dependent.* Poster presentation at Neurocritical Care Society, Boca Raton, USA, September 2018.
3. Yeboah K, Bodhit A, Krause E, Balushi A, **Kumar A**. *Trauma due to Acute Ischemic Stroke: A Case Series.* Poster presentation at American Academy of Neurology Conference, Los Angeles, USA, April, 2018.
4. Kumar N, Massaquoi R, Edgell R, Acharya A, Murphy R, **Kumar A**. *Air Transport Shortens Arrival Times and May Increase Thrombectomy Rates.* Poster presentation at American Academy of Neurology Conference, Los Angeles, USA, April, 2018.
5. Smith D, Vaheesan K, Kynion J, Erlinger L, **Kumar A.** *Early Feeding Post G-tube Insertion is Safe in Stroke Patients.* Poster presentation at International Stroke Conference, Los Angeles, USA, January, 2018.
6. Lee F, Dhar R, Kumar A, **Kumar A.** *ICU Outcomes of Mild Spontaneous Intracerebral Hemorrhage.* Poster presentation at Neurocritical Care Society, Hawaii, USA, October 2017.
7. Sarwal A, Tran H, **Kumar A,** Wijdicks EF. *Neurocritical Care Twitter Journal Club :Using Social Media to Enhance Academic Engagement.* Poster presentation at Neurocritical Care Society, Hawaii, USA, October 2017
8. Ramrio JI, Dhar R, Feen E, **Kumar A.** *Improvement in Midline Shift is Associated with Survival After Decompressive HemiCraniectomy in Large Hemispheric Infarctions*. Poster presentation at American Neurological Association, Baltimore, October 2016.
9. Braun J, Gau E, Revelle S, Byrne L, **Kumar, A.** *Benzodiazepine Use For Status Epilepticus In An Academic Medical Center Emergency Department*. Poster presentation at Neurocritical Care Society, Baltimore, September 2016
10. Prakash N, Ramrio JI, Feen E, **Kumar A.** Neurointensivist Prognostication Aids Decision Making in Anoxic Brain Injury Patients. Platform Presentation at American Academy of Neurology, Vancouver, Canada, April 2016.
11. **Kumar A**, Dhar R, Tummala, P, Brown RJ, Chibnall JT.  *A Survey On Monitoring and Medical Management Practices in Large Hemispheric Infarctions.* Neurocritical Care Society, Scottsdale, AZ, USA, October 2015.
12. **Kumar A,** Tummala P, Feen E, Dhar R. *Spinal Decerebrate-like Posturing after Brain-Death: Case Report with Systematic Review of Literature.* Neurocritical Care Society, Scottsdale, AZ, USA, October 2015.
13. Brown RJ, **Kumar A,** McCullough LD, Butler, K. *A survey of blood pressure parameters after aneurysmal subarachnoid hemorrhage.* Neurocritical Care Society, Scottsdale, AZ, USA, October 2015.
14. Ramrio JI, Dhar R, Feen E, **Kumar A.** *Improvement in Midline Shift is Associated with Survival After Decompressive HemiCraniectomy in Large Hemispheric Infarctions*. International Stroke Conference, Nashville, February 2015.
15. **Kumar A,** Shetty V. *Intracerebral Hemorrhage Volume Measurement: Modified ABC/2 Method is Faster and Reliable*. International Stroke Conference, Nashville, February 2015.
16. Owen E, Anger A, Chibnall J, Tummala P, **Kumar A**. *Guideline Adherence and Outcomes in Spontaneous Intracerebral Hemorrhage*. Neurocritical Care Society, Seattle, September 2014.

17. Tummala P, Makhlouf N, **Kumar A**. *Troponin Elevation in Spontaneous Intracerebral Hemorrhage*. Neurocritical Care Society, Seattle, September 2014.
18. Mehta S, Alawi A, Michael A, **Kumar A.** *Troponin Elevation In Intra-arterial Stroke Intervention.* American Academy of Neurology, Philadelphia, April 2014.
19. Alawi A, **Kumar A**, Allam H, Alshekhlee A. *Clipping and Coiling of Ruptured Cerebral Aneurysms in Teaching and Non-teaching Hospitals.* Neurocritical Care Society, Philadelphia, October 2013.
20. **Kumar A**, Brown R, Dhar R, Diringer M. *Etiology of Infarcts After Subarachnoid Hemorrhage – Aneurysm Securing Procedures Vs. Delayed Cerebral Ischemia*. Neurocritical Care Society, Montreal, Canada, September 2011.
21. Brown R, **Kumar A**, Dhar R, Diringer M. *Relationship Between Angiographic Vasospasm And Cerebral Infarction From Delayed Cerebral Ischemia In Patients with Aneurysmal Subarachnoid Hemorrhage*. Neurocritical Care Society, Montreal, Canada, September 2011.
22. **Kumar A**, Keyrouz SG, Willie JT, Dhar R. *Reversible Obstructive Hydrocephalus from Hypertension*. Neurocritical Care Society, Montreal, Canada, September 2011.
23. Dhar R, **Kumar A**. *Dialysis-induced Fatal Cerebral Edema after Intracerebral Hemorrhage*. Neurocritical Care Society, Montreal, Canada, September 2011.
24. **Kumar A**, Nyathappa A, Khawar K. *Subarachnoid Hemorrhage from Dipyridamole Stress Test – A Case Report*. Neurocritical Care Society, Montreal, Canada, September 2011.
25. **Kumar A**, Hedna VS, Heilman KM. *Metronidazole induced encephalopathy: a case report and systematic review of literature*. Neurocritical Care Society, San Francisco, USA, September 2010.
26. Guerrero W, Heilman KM, **Kumar A**, Khaku A. *Spatially Adherent Graphemic Perseveration*. American Academy of Neurology, Toronto, Canada, April 2010.
27. **Kumar A**, Sabharwal R, Whiteis C, Abboud FM, Stauss HM, Chapleau MW. *Assessment of spontaneous baroreflex sensitivity in conscious mice by "sequence technique"*. Iowa Academy of Science, Iowa, USA, April 2006.
28. Kumar A, Isaac V, **Kumar A**, Krishnamoorthy ES. *Prevalence and descriptive epidemiology of clinical symptoms and risk factors in stroke – a community hospital study*. Asian Stroke Conference, Chennai, India, January 2006.
29. **Kumar A**, Krishnamoorthy ES, Bhaskaran J, Subbulakshmy N, Srinivas K. *The Problem of Stroke in our Community*. International Workshop on Stroke, Chennai, India, February 2004.

**Supplemental Material**

**Invited Talks/Grand Rounds**

1. "*Physician Burnout",* Neurology Grand Rounds, Saint Louis University School of Medicine, February, 2018
2. *"Management of Traumatic Brain Injury",* presented before Pulmonary and Critical Care Medicine Division, Saint Louis University School of Medicine, December, 2017.
3. *"Malignant Stroke",* presented before Vascular Surgery Division, Saint Louis University School of Medicine, December, 2017.
4. Invited panelist for Physician panel at the RPG summit, organized by Mid

    America Transplant, November, 2017
5. Invited panelist for Best Practice Summit, organized by Mid America Transplant, November, 2017
6. *"Case Studies in Brain Death Determination",* organized by Mid America Transplant and Washington University School of Medicine in Springfield, MO, September 2017.
7. *"Case Studies in Brain Death Determination",* organized by Mid America Transplant and Washington University School of Medicine in St Louis, June 2016.
8. *"Understanding the Concept of Shared Decision Making",* Neurology Grand Rounds, Saint Louis University School of Medicine, November 2015.
9. *"Intracranial Hemorrhage - Blood Pressure, Surgery, Edema, and More,"* The 8th Annual Advances in Acute Stroke and Neurointervention Conference, Saint Louis University, September 2015
10. *"Hemicraniectomy and the Malignant Stroke Patient",* The 7th Annual Advances in Acute Stroke and Neurointervention Conference, Saint Louis University, September 2014
11. *"The Role of the NeuroICU in Comprehensive Cerebrovascular Care",* The 7th Annual Advances in Acute Stroke and Neurointervention Conference, Saint Louis University, September 2014.
12. "*Updates on Management of Anoxic Brain Injury"*, Missouri State Neurological Association, St Louis, April, 2014
13. Physician panel discussion, Research & Planning Group, MTS, St Louis, MO, Nov 2013
14. *"Catastrophic Brain Injury"*, Pulmonary and Critical Care Medicine, Saint Louis University School of Medicine, October 2013.
15. *"Catastrophic Brain Injury"*, Neurology Grand Rounds, Saint Louis University School of Medicine, February 2013.
16. Panelist, Enhancing Hospital Partner Relationships, Mid America Transplant, Saint Louis, November 2013
17. *"Refractory Status Epilepticus in ICU"*, Pulmonary and Critical Care Medicine, Saint Louis University School of Medicine, February 2013.
18. *"Critical care management of aneurysmal subarachnoid hemorrhage",* Pulmonary and Critical Care Medicine, Saint Louis University School of Medicine, October 2012.
19. *"Critical care management of aneurysmal subarachnoid hemorrhage",* Department of Neurosurgery, Saint Louis University School of Medicine, September 2012.
20. *"Post-procedural infarctions in aneurysmal subarachnoid hemorrhage",* Department of Neurology and Psychiatry, Saint Louis University School of Medicine, January 2012.

**Organization and Planning**
- Chair, Marketing and Communications Committee, Neurocritical Care Society, September 2018-
- Co-Chair, Marketing and Communications Committee, Neurocritical Care Society,

- October 2017- September 2018
- Member, Web Content Planning Task Force, Neurocritical Care Society, December 2017- April 2018
- Member, Medical Advisory Board, Mid America Transplant January 2014-
- Co-Chair, Communications Committee, Neurocritical Care Society, September 2016- October 2017
- Course Co-Chair, Determination of Death by Neurologic Criteria, June 2016, One day interactive seminar on brain death for local area intensivists organized with Mid America Transplant and Washington University in Saint Louis.

**Trials and Projects**

1. Local PI at Saint Louis University, end date June, 2018, Dabigatran Etexilate for Secondary Stroke Prevention in Patients With Embolic Stroke of Undetermined Source (RE-SPECT ESUS), ClinicalTrials.gov Identifier: NCT02239120, Sponsor: Boehringer Ingelheim,

2. Co-investigator, at Saint Louis University, end date June, 2018, October ENRICH: Early MiNimally-invasive Removal of IntraCerebral Hemorrhage (ICH) (ENRICH), ClinicalTrials.gov Identifier: NCT02880878, Sponsor: Nico Corporation

3. Local PI until study completion at Saint Louis University, Evaluation of Minimally Invasive Subcortical Parafascicular Access for

    Clot Evacuation (MiSPACE), a multi-center registry, ClinicalTrials.gov Identifier: NCT02331719, no financial support, Status-closed

4. Collaborating (PI) with Saint Louis University Emergency Department and Saint Louis University Hospital Pharmacy Department on Benzodiazepine Use for Status Epilepticus in an Academic Medical Center Emergency Department. Retrospective study, no financial support, Status- closed, manuscript published in the Journal of the Neurological Sciences, 2017.

5. Collaboration (PI) with Rajat Dhar, MD neurointensivist, Washington University School of Medicine and Joanna Ramiro, MD on CSF volumetric analysis in large hemispheric infarction requiring decompressive hemicrainectomy. Retrospective study, no financial support, Status- inactive.

6. Collaboration(PI) with Rajat Dhar, MD neurointensivist, Washington University School of Medicine and Flavia Lee, DO on Mild and Moderate ICH patients do not need ICU placement, no financial support, Status- inactive.

**Ad hoc Reviewer**
- Stroke Center Designation Review

- 2014- Missouri Department of Health and Senior Services, Time Critical Diagnosis System: r*eview Missouri hospitals for Level I-IV Stroke Center Designation*
- Neurocritical Care Society Confererence, 2017 abstracts
- International Stroke Conference, 2016, 2017, 2018 abstracts
- Neurocritical Care Journal
- Journal of Spinal Cord Medicine
- Journal of the Neurological Sciences

**Community Service/Civic Activities/ Media Appearances**
- Panel Discussant on Stroke, Fox2 News, St Louis, May 2018
- Member, Brain Awareness Week Committee, University of Iowa, 2005
- Volunteer, International Classroom Journey, University of Iowa, 2004 – 2006
- Organized Brain Discovery Fair, University of Iowa on behalf of Society for Neurosciences, 2005
- Participated in WHO sponsored Pulse Polio Immunization program in India, 1999
- Involved in various health camps organized by the medical school.