AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-3090

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Byung J. Pak, United States Attorney, Northern Dist of GA

was received by me on *(date)* 07/24/2020 .

❏ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the summons on The United States Attorney's Office, Attn: Civil Process Clerk, Richard B. Russell Federal Building, 75 Ted Turner Dr. SW, Ste. 600, Atlanta, GA 30303-3309 via CMRRR (sent on 07/31/2020 and received on 08/03/2020).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/01/2020

*Server's signature*

Thelma Alvarado-Garza, Paralegal
*Printed name and title*

7500 Rialto Blvd., Bldg. Two
Ste. 250
Austin, Texas 78735
*Server's address*

Additional information regarding attempted service, etc:

**Print**  **Save As...**  **Reset**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  D. JANSON    ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)  Simmons 339    C. Date of Delivery  8/3/20 |
| 1. Article Addressed to:<br><br>US attorney's Office<br>attn: Civil Process Clerk | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>CD-19 |
| 9590 9402 5699 9346 4540 80 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ___ Mail<br>☐ ___ Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2.  Article Number (Transfer from service label)<br>7007 0710 0001 5895 3199 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |