IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORIGA
ATLANTA DIVISION

| | |
|---|---|
| **LORENZO BYRD**, on behalf of **TOMMY L. BYRD**, an incompetent adult,  Plaintiff  vs.  **UNITED STATES OF AMERICA**,  Defendant | NO. 1:20-CV-03090-LMM |

## JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

1. *Description of the Case*

    (a) **Describe briefly the nature of this action**.

This is a medical malpractice case arising out of the Atlanta VA's care and treatment of Mr. Tommy Byrd in November 2016. This lawsuit is brought pursuant to the Federal Tort Claims Act. 28 U.S.C. §§ 2671–80.

    (b) **Summarize, in the space provided below, the facts of this case**.

Following surgery and while an inpatient at the Atlanta VA, Mr. Tommy Byrd began to experience symptoms that Plaintiff alleges were signs of a transient ischemic attack or stroke. Plaintiff alleges that the Government's failure to diagnose and treat Mr. Byrd resulted in damages to Mr. Byrd. The Government denies Plaintiff's allegations.

(b) The parties (__✓__) do not consent to having this case tried before a magistrate

/s/ Tom Jacob_____        /s/ Trishanda Treadwell_____

Counsel for Plaintiff                Counsel for Defendant

\* \* \* \* \* \* \* \* \* \* \* \*

### SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

Parties shall disclose experts on: _____ February 1, 2021
Parties shall complete discovery on: _____ June 7, 2021

It is so ORDERED.

SIGNED on this __14th__ day of __October__, 2020.

_____
HON. JUDGE LEIGH MARTIN MAY