# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF GEORIGA
# ATLANTA DIVISION

| | |
|---|---|
| **LORENZO BYRD**, on behalf of **TOMMY L. BYRD**, an incompetent adult,<br><br>    Plaintiff<br><br>vs.<br><br>**UNITED STATES OF AMERICA**,<br><br>    Defendant | NO. 1:20-CV-03090-LMM |

ORDER

Having read and considered Defendant's Consent Motion for Extension of Time to Disclose Experts, it is hereby ORDERED that the parties shall be granted an extension of time to disclose their experts through and including February 22, 2021.

So ordered this __25th__ day of __January__, 2021.

_____
HON. JUDGE LEIGH MARTIN MAY