# Progress Notes

Printed On Jan 30, 2020

```
/es/ BONNIE F. PIKE, M.S.CCC-SLP,
Speech-Language Pathologist
Signed: 07/08/2019 11:56
```

```
 LOCAL TITLE: GERIATRIC PSYCHIATRY ATTENDING NOTE
STANDARD TITLE: GERIATRIC MEDICINE ATTENDING NOTE
DATE OF NOTE: JUL 01, 2019@18:22     ENTRY DATE: JUL 01, 2019@18:23:02
      AUTHOR: KIM,JINNY              EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED

* Chief Complaint:  "I'm doing fine"

* Sources of information:  pt, chart records


* Interval history, subjective, additional hx, ROS:
Pt seen today for depression and vascular dementia.  Pt stated he is doing well,
no acute stressors.  Stated he gets along with his brother, as he goes to work
and leaves him alone most of the time.  Reported appetite and sleep were good.
Stated he feels like his thoughts are coming to him better and more quickly now.
Stated he can understand what people are saying better which makes him feel more
comfortable with himself and others.

Med compliant, no side effects.  Denied depressed mood, anxiety, PTSD,
psychosis, mania.  Denied substance use.  Currently denies SI/HI.
Contracts for safety.  Denies access or possession of firearms.




* Allergies:
- Patient has answered NKA

* Active Outpatient Medications (including Supplies):

      Active Outpatient Medications                           Status
      =================================================================
1)    ASPIRIN  81MG ENTERIC CTD TAB TAKE ONE TABLET           ACTIVE
         EVERY DAY FOR HEART.
2)    ATORVASTATIN CALCIUM 80MG TAB TAKE ONE-HALF TABLET      ACTIVE (S)
         AT BEDTIME FOR CHOLESTEROL.
3)    BISACODYL 5MG TAB TAKE TWO TABLETS     AT 1:00 PM ONE   ACTIVE
         DAY PRIOR TO PROCEDURE.
4)    CARBAMIDE PEROXIDE OTIC SOLN 6.5% (ml) INSTILL 5-10     ACTIVE
         DROPS IN AFFECTED EAR(S) TWICE A DAY AS DIRECTED ON
         PACKAGE. FOR EAR WAX REMOVAL.
5)    CARBOXYMETHYLCELLULOSE NA 0.5% OPH SOLN INSTILL 1       ACTIVE (S)
         DROP IN EACH EYE FOUR TIMES A DAY
6)    CLINDAMYCIN TOPICAL SOLN 1% (ml) APPLY SOLUTION TO      ACTIVE (S)
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation
BYRD,TOMMY LORENZA | Printed at BALTIMORE VA MEDICAL CENTER
15770 MILLBROOK LN
LAUREL, MARYLAND  20707

NTL -001814

Page 45