

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*          *Telephone:  (404) 581-6000*
*75 Ted Turner Drive S.W.*                  *Fax:  (404) 581-6181*
*Suite 600*
*Atlanta, Georgia  30303*

February 9, 2021

Courtroom Deputy to
Honorable Leigh Martin May
United States District Judge
United States District Court
  for the Northern District of Georgia
2107 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

  Re:  Lorenzo Byrd o/b/o Tommy L. Byrd (incompetent adult) v. United
  States of America
  Civil Action No. 1:20-cv-3090

Dear Judge Poley:

This letter is to notify the Court pursuant to Local Rule 83.1E(3) that I will be out
of the office from March 10, 2021 to March 12, 2021. I respectfully request that the
Court not schedule any court appearances in the above-referenced matter for
those dates.  Plaintiff's counsel received notice of this leave request and had no
objection.

    Respectfully,
    KURT R. ERSKINE
    *Acting United States Attorney*

    */s/ Trishanda L. Treadwell*

    TRISHANDA L. TREADWELL
    *Assistant United States Attorney*

cc:  Counsel for Plaintiff (via email)