

WHITEHURST
HARKNESS
BREES
CHENG
ALSAFFAR
HIGGINBOTHAM &
JACOB

REACH®

TOM JACOB
*Attorney*

tjacob@nationaltriallaw.com
7500 Rialto Blvd, Bldg. Two, Ste 250
Austin, TX 78735
W: (512) 476-4346
F: (512) 476-4400

Thursday, August 17, 2017

Office of Chief Counsel
VA Regional Office
3322 West End Avenue, Suite 509
Nashville, TN 37203

Re: Federal Tort Claims of Tommy Lorenzo Byrd and Lorenzo Byrd

To Whom It May Concern:

Please be advised that Whitehurst, Harkness, Brees, Cheng, Alsaffar, Higginbotham & Jacob, PLLC has been retained to represent Mr. Tommy Lorenzo Byrd and Lorenzo Byrd in a tort claim against the Atlanta VA Health Care Facility in Atlanta, Georgia.

Enclosed are signed Form 95's for their claim. I have also enclosed signed copies of the Letter of Representation for your files and relevant medical evidence. Please confirm your receipt of the Form 95's by returning file-stamped copies of the Form 95's to our office.

If the Department of Veterans Affairs contends that any person at the Atlanta VA Health Care Facility in Atlanta, Georgia who provided care to Mr. Tommy Lorenzo Byrd was not covered by provisions of the Federal Tort Claims Act to the same extent and in the same manner as an employee of the United States acting in the course and scope of his/her employment, please immediately and well before the expiration of any statute of limitations provide me with the name of said person(s), the basis for the contention that said person(s) are not covered under the Federal Tort Claims Act, the name and address of their employer(s) during the

NTL -004565