# Progress Notes

Printed On Jan 30, 2020

```
cognitive testing questions, but wasn't actually crying today and was able to
hold it together longer and express his feelings.
- Thought process: linear
- Thought content: Denies SI and HI. Denies AH/VH. No evidence
of delusions noted.
- Cognition:  Declined to do the MOCA because it makes him upset.  Had
difficulty understanding what was being told.  He had an idea but couldn't
express himself and it took longer to understand questions.  He is able to
express himself but had difficulty processing what others said.  1/3 delayed
recall.  Could not spell "HOUSE" backwards, or do serial 7's.  Took much
encouragement to even ask him to do these 3 tests.  However, he remembered our
conversation at our last session.
- Insight:  fair
- Judgment: good
- Impulse control: good




* Labs:
- none new




* DSM V Diagnosis:
- Major neurocognitive disorder due to vascular etiology
- Major depressive disorder, moderate
- Cannabis use disorder, in remission




Plan:
1.  Safety
- not an acute safety risk to self/others based on today's eval


2.  Labs, medical
- as per primary medical team
- pt follows with neurology, speech-language pathology, PT, GI (for colonoscopy
screening)


3. Psychosocial interventions
-  offer stroke support groups
-  practice stress and anxiety management
-  set realistic goals and prioritize
-  psychoeducation to family on dementia
-  stay as active as possible
-  encourage getting out into community
-  encourage communicating feelings more often
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
BYRD, TOMMY LORENZA

MARYLAND

VISTA Electronic Medical Documentation
Printed at BALTIMORE VA MEDICAL CENTER

NTL -001816