# Health Summaries

Printed On Sep 1, 2020

```
                        Digital Pager:  410-447-0449

11/25/2019 10:49  Local Title: SPEECH-LANGUAGE PATHOLOGY: PROGRESS NOTE
              Standard Title: SPEECH PATHOLOGY NOTE

SPEECH-LANGUAGE PATHOLOGY - Outpatient
11/25/19 @ 0940

S - "Today is a good day" regarding his communication.
O - Veteran was seen for 45 minutes of aphasia treatment.
Auditory Comprehension: Veteran answered yes/no questions about
personal/biographical information -4/10 with several repetitions - increased to
7/10 with MAX cues (including repetitions, re-wording the question and written
key words as needed). He identified objects in fields of 4 given gestures - 6/8.
He responded appropriately during informal conversations - 10/13 indicating
comprehension of SLP's previous statement.

Verbal Expression: Given common objects, Veteran often verbalized the function
independently. He named common objects - 3/8 - increased to 4/8 with semantic
cues.

Reading Comprehension: Veteran matched pictures of objects with printed words
(fields of 2) - -0/3. (He was able to matched the same printed words correctly.)

A - Fluent aphasia s/p cerebral infarction affecting all language modalities
with severely impaired comprehension. Some improved performance compared to last
session.
P - Continue treatment plan.


              Signed by:  /es/  BONNIE F. PIKE, M.S.CCC-SLP,
                          Speech-Language Pathologist
                          11/25/2019 10:59

                        Analog Pager:  4104470058

12/02/2019 13:27  Local Title: ADDENDUM
              Standard Title: ADDENDUM
                     Ref:  SPEECH-LANGUAGE PATHOLOGY Dated:  11/25/2019 10:49

Veteran did not attend his scheduled appointment. Called Veteran and his
significant other said that they were unable to get transportation. Re-scheduled
for 12/9/19 @ 1000.


              Signed by:  /es/  BONNIE F. PIKE, M.S.CCC-SLP,
                          Speech-Language Pathologist
                          12/02/2019 13:29
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BYRD,TOMMY LORENZA<br>Priv)<br>Privacy   MARYLAND Priva 8 | Printed at BALTIMORE VA MEDICAL CENTER |