IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORIGA
ATLANTA DIVISION

| | |
|---|---|
| **LORENZO BYRD**, on behalf of **TOMMY L. BYRD**, an incompetent adult,<br><br>    Plaintiff<br><br>vs.<br><br>**UNITED STATES OF AMERICA**,<br><br>    Defendant | NO. 1:20-CV-03090-LMM |

## ORDER GRANTING LEAVE TO FILE SURREPLY AND SUR-SURREPLY

Having read and considered the parties' Consent Motion for Leave to File a Surreply and Sur-Surreply, the Court orders as follows:

(1)   Defendant may file a surreply in response to Plaintiff's Motion for Leave to Appoint Guardian as Litem within seven (7) calendar days of the date of this Order.

(2)   Plaintiff will have seven (7) calendar days from the filing of the surreply to file a sur-surreply, if needed.

(3)   Both briefs are limited to no more than fifteen (15) pages.

So ordered this 17th day of February, 2021.

_____
HON. JUDGE LEIGH MARTIN MAY