# KIMBERLY D. KUSHNER, MSN, RN, CRNP, CNLCP®

**CERTIFIED NURSE LIFE CARE PLANNER**
**CERTIFIED REGISTERED NURSE PRACTITIONER**
**REGISTERED NURSE**

_____

215-266-4978

Kim@AMRnurse.com

## CURRICULUM VITAE

**PROFESSIONAL EDUCATION**

Life Care Planning Certification Program, University of Florida, 2011

Master of Science in Nursing (MSN), Emory University, Atlanta, GA, 2000

Bachelor of Science in Nursing (BSN), Pennsylvania State University, 1997

**PROFESSIONAL LICENSURE**

| | |
|---|---|
| Registered Nurse (RN), PA | 1997 - Present |
| Registered Nurse (RN), NJ | 2001 - Present |
| Certified Registered Nurse Practitioner (CRNP), PA | 2000 - Present |

**CERTIFICATION**

| | |
|---|---|
| Certified Registered Nurse Practitioner (CRNP) | 2000 - Present |
| Certified Nurse Life Care Planner (CNLCP®) | 2012 - Present |

- Certified Nurse Life Care Planner Certification Board

## PROFESSIONAL AFFILIATIONS / POSITIONS

International Association of Rehabilitation Professionals (IARP), active member
- Elected Member-at-Large position, Life Care Planning section, 2015

American Association of Nurse Life Care Planners (AANLCP), active member
- President Elect, January 2019 – January 2020

American Association of Nurse Life Care Planners (AANLCP), active member
- President, January 2020 – January 2021

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1997 - 1998 | Methodist Hospital, adult medical / surgical registered nurse<br>Philadelphia, PA |
| 1998 - 1999 | Washington Hospital Center, adult ICU/Burn Unit, registered nurse<br>Washington, D.C. |
| 2000 - 2001 | Carrollton Pediatric Clinic, pediatric / young adult<br>Certified registered nurse practitioner, Carrollton, GA |
| 2001 - 2004 | Children's Hospital of Philadelphia, pediatric / young adult<br>Certified registered nurse practitioner<br>Department of hematology / oncology, Philadelphia, PA |
| 2004 - 2006 | Biomedical Computer Institute, research nurse<br>Medical document review for cost projections<br>Collegeville, PA |
| 2006 - 2010 | St. Christopher's Hospital for Children, pediatric / young adult<br>Certified registered nurse practitioner<br>Department of hematology / oncology, Philadelphia, PA |
| 2010 - 2016 | BalaCare Nursing Solutions, Life Care Planner / Case Manager<br>Clientele included pediatric, young adult and adult<br>Bala Cynwyd, PA |
| 2003 - Present | Camp No Worries, camp for children / young adults with cancer<br>Medical director / registered nurse, Tabernacle, NJ |
| 2016 - Present | AMR Nurse Consultants, Inc., owner<br>Life Care Plans, Medical Cost Projections, and Case Management<br>Southampton, PA |

## PUBLICATIONS / PRESENTATIONS

| | |
|---|---|
| 2011 | Genetic Diseases<br>AANLCP, Annual Education Conference, Kansas City, MO |
| 2011 | Sensory Loss in Traumatic Brain Injury<br>AANLCP, Annual Education Conference, Kansas City, MO |
| 2012 | Incorporating Nursing Diagnoses into the Life Care Plan, poster presentation,<br>AANLCP, Annual Education Conference, Albuquerque, NM |
| 2013 | Panel Presentation, The Nursing Process: A Foundation for the Life Care Plan<br>AANCLP, Annual Education Conference, Philadelphia, PA |
| 2014 | Organizing the Life Care Planning Process: Moving Cases from Start to Finish<br>ISLCP, Annual Conference, Minneapolis, MN |
| 2015 | Considerations for the Adult Liver Transplant Recipient, Journal of Nurse Life Care Planning, AANLCP, Spring 2015, Vol XV, no.1 |
| 2017 | The Role of the Life Care Planner in Litigation<br>Pennsylvania Bar Institute, The Catastrophic Injury Case<br>Philadelphia, PA |
| 2018 | Pain Management in the Life Care Plan: A Review of Modalities<br>International Association of Rehabilitation Professionals,<br>Life Care Planning Conference, Charlotte, NC |
| 2019 | Life Care Planning Presentation<br>Temple University Beasley School of Law<br>LL.M., Philadelphia, PA |
| 2019 | Life Care Plans for Catastrophic Injuries<br>Pennsylvania Bar Institute, Injuries to the Brain and Spine: A Medical and Legal Primer<br>Philadelphia, PA |

## CONTINUING EDUCATION

| | |
|---|---|
| 2001 - Present | Annual Standard Assessment Examination, Pediatric Nursing Certification Board |
| 2010 | 14th Annual Northeastern Rehabilitation Symposium<br>Wilkes-Barre, PA |
| 2010 | Hip and Knee Pain seminar<br>Lankenau Hospital, Wynnewood, PA |
| 2010 | Specialty Products for Home Accessibility and Independence |

## CONTINUING EDUCATION, continued

| | |
|---|---|
| 2010 | Revolutionary Trends in Life Care Planning<br>Annual AANLCP Education Conference, Boston, MA |
| 2011 | 15th Annual Northeastern Rehabilitation Associates Symposium<br>Scranton, PA |
| 2012 | Rising to New Heights in Life Care Planning<br>Annual AANLCP Education Conference, Albuquerque, NM |
| 2012 | Topics in Acquired Brain Injury<br>Magee Rehabilitation, Philadelphia, PA |
| 2012 | Mild Traumatic Brain Injury; Considerations for Returns to Work<br>ReMed, Paoli, PA |
| 2013 | Sparking New Ideas to Grow your LCP Practice:<br>The Key to Powering Your Practice<br>Annual AANLCP Education Conference, Philadelphia, PA |
| 2013 | Brain and Spine Treatment: A Learning Boutique<br>ReMed and ATI Physical Therapy, King of Prussia, PA |
| 2013 | 17th Annual Northeastern Rehabilitation Associates Symposium<br>Scranton, PA |
| 2014 | 18th Annual Northeastern Rehabilitation Associates Symposium<br>Wilkes-Barre, PA |
| 2014 | International Symposium of Life Care Planning<br>Annual conference, Minneapolis, MN |
| 2015 | 19th Annual Northeastern Rehabilitation Associates Symposium<br>Scranton, PA |
| 2015 | International Symposium on Life Care Planning<br>Annual conference, Scottsdale, AZ |
| 2016 | International Association of Rehabilitation Professionals,<br>Life Care Planning Conference, Pittsburgh, PA |
| 2017 | Annual AANLCP Education Conference<br>Scottsdale, AZ |
| 2018 | Annual AANLCP Education Conference<br>St. Petersburg, FL |
| 2018 | Continuing Education AANLCP<br>Implantable Therapies for Chronic Pain |
| 2018 | Continuing Education AANLCP<br>Surgical and Non-surgical options for Individuals with Cerebral Palsy |

## CONTINUING EDUCATION, continued

| | |
|---|---|
| 2018 | Continuing Education AANLCP |
| | How to use Find-A-Code Facility Licenses |
| 2018 | International Association of Rehabilitation Professionals, |
| | Life Care Planning Conference, Charlotte, NC |
| 2019 | Annual AANLCP Education Conference |
| | Las Vegas, NV |
| 2019 | 23rd Annual Northeastern Rehabilitation Associates Symposium, |
| | Wilkes-Barre, PA |
| 2021 | 15th Annual Dr. Guy Fried Educational Webinar Series |
| | Rehabilitation Readiness |
| 2021 | 15th Annual Dr. Guy Fried Educational Webinar Series |
| | Racial and Social Justice in Healthcare |