## TRIAL TESTIMONY - KIMBERLY D. KUSHNER, MSN, RN, CRNP, CNLCP®

| Last Name | Trial Testimony | Attorney | County | State | Plaintiff/Defense |
|---|---|---|---|---|---|
| Bolyard | 2020: 10/22 | Tony Breschi | Baltimore | Maryland | Defense |
| Pennock | 2020: 9/22 | Julia Jacobelli | Chester | Pennsylvania | Defense |
| Valentine | 2020: 2/27 | Eileen Burns | Philadelphia | Pennsylvania | Plaintiff |
| Hozey | 2020: 1/22 | Franklin Strokoff | Philadelphia | Pennsylvania | Plaintiff |
| Perez | 2019: 12/2 | Richard Barber | New York | New York | Defense |
| Griffin | 2019: 10/24 | Brian Andris | Philadelphia | Pennsylvania | Plaintiff |
| Regensburg | 2019: 9/6 | Gary Brascetta | Montgomery | Pennsylvania | Plaintiff |
| High | 2018: 10/23 | Tim Shollenberger | Dauphin | Pennsylvania | Plaintiff |
| Timmonds | 2018: 06/11 | Jeffrey Goodman | Philadelphia | Pennsylvania | Plaintiff |
| Platek | 2018: 04/06 | Bethany Nikitenko | Bucks | Pennsylvania | Plaintiff |
| Micciolo | 2017: 12/07 | Suzanne Utke | Philadelphia | Pennsylvania | Defense |
| Carone | 2017: 11/30 | Howard Engle | Richmond | New York | Plaintiff |
| Miller | 2017: 10/05 | Wilson Barnes | Baltimore | Maryland | Plaintiff |
| Sethi | 2016: 07/05 | Ray Shepard | Washington | District of Columbia | Plaintiff |
| Vickers | 2016: 02/18 | Michele Frisbie | Bucks | Pennsylvania | Defense |
| Cool | 2016: 01/14 | Jennifer Yuen | Rockland | New York | Defense |
| Stokowsky | 2016: 01/14 | Jennifer Yuen | Bronx | New York | Defense |
| Semple | 2015: 08/19 | Garabet M. Zakeosian | Delaware | Pennsylvania | Plaintiff |
| Mazur | 2015: 07/10 | Leonard Villari | Philadelphia | Pennsylvania | Plaintiff |
| Wolf | 2015: 06/02 | Bruce H. Stern | Bucks | Pennsylvania | Plaintiff |
| Williams | 2015: 03/18 | Matthew Pisano | Burlington | New Jersey | Defense |
| Keller | 2015: 03/11 | Adam Wolfe | York | Pennsylvania | Plaintiff |
| Goldberg | 2015: 02/18 | Howard Engle | New York | New York | Plaintiff |
| Leip | 2015: 02/05 | Bruce H. Stern | Mercer | New Jersey | Plaintiff |