| DEPOSITIONS - KIMBERLY D. KUSHNER, MSN, RN, CRNP, CNLCP® | | | | |
|---|---|---|---|---|
| Client Last Name | Deposition Date | Attorney | County | State |
| Dietl | 2/2/2021 | Mary Gidaro | | New Jersey |
| Connelly | 12/8/2020 | Kaitlan Skrainar | Baltimore | Maryland |
| Schroll | 7/8/2020 | Mary Gidaro | | New Jersey |
| Maronski | 6/4/2020 | Terrance DeAngelo | | New Jersey |
| Blazej | 3/31/2020 | Gary Zakeosian | | New Jersey |
| Khan | 2/12/2020 | Kila Baldwin | | New Jersey |
| Bolyard | 2/10/2020 | Tony Breschi | | Maryland |
| Duff | 9/24/2019 | Maxwell Sanders | | Michigan |
| Ceballo-Garcia | 7/17/2019 | Leonard Leicht | Essex | New Jersey |
| Neal | 1/8/2019 | Jarad Silverstein | | New Jersey |
| Csanyi | 11/27/2018 | Bruce Stern | Burlington | New Jersey |
| Jakeman | 5/15/2018 | Bruce Stern | Burlington | New Jersey |
| Jalan | 4/23/2018 | Anita Pitock | | New Jersey |
| Braden | 4/10/2018 | Bishop Bartoni | Christian County | Missouri |
| Lowe | 12/5/2017 | Joseph D'Angelo | | New Jersey |
| Sanchez | 8/15/2017 | Anna Kitsos | Union | New Jersey |
| Sebastio | 4/25/2017 | Mary Beth Gazi | Union | New Jersey |
| Lovell | 12/20/2016 | Carolyn Sleeper | Camden | New Jersey |
| Figuero | 4/5/2016 | Jeff Goodman | | St. Thomas |
| Miller | 3/31/2016 | Wilson Barnes | Harford | Maryland |
| Enoch | 3/31/2016 | Glenda Grainger | Monongalia | West Virgina |
| Smith | 2/9/2016 | Philip Federico | Anne Arundel | Maryland |
| Bedard | 12/15/2015 | Andrew Slutkin | Prince George's | Maryland |
| Maury, Jr. | 7/14/2015 | Michael Smith | Anne Arundel | Maryland |
| Amaya | 6/16/2015 | Philip Federico | Howard | Maryland |
| Kelley | 5/7/2015 | James Kelley, III | Medina | Ohio |
| Sheriff | 4/17/2015 | Jonathan Goldberg | Prince George's | Maryland |
| Peters | 4/8/2015 | Mitchell Rosensweig | Cecil | Maryland |
| Ray | 12/18/2015 | Kerry Staton | Harford | Maryland |