IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LORENZO BYRD**, on behalf of **TOMMY L. BYRD**, an incompetent adult,<br><br>    Plaintiff,<br><br>vs.<br><br>**UNITED STATES OF AMERICA**,<br><br>    Defendant. | NO. 1:20-CV-03090-LMM |

ORDER

Having read and considered Defendant's Unopposed Motion for Extension of Time to Depose Experts, it is hereby ORDERED that the parties shall be granted an extension of the discovery period for the purpose of deposing each party's disclosed experts through and including July 16, 2021, and for the tentative deposition of Mr. Tommy L. Byrd. The parties must submit any dispositive motions no later than August 31, 2021.

So ordered this __7th__ day of ____May____, 2021.

                                                                   HON. JUDGE LEIGH MARTIN MAY