IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LORENZO BYRD**, on behalf of **TOMMY L. BYRD**, an incompetent adult,<br> Plaintiff<br>vs.<br>**UNITED STATES OF AMERICA**,<br> Defendant | **NO. 1:20-CV-03090-LMM** |

## LEAVE OF ABSENCE NOTICE

To: Brittany Poley, Courtroom Deputy Clerk, 2167 United States Courthouse, 75 Ted Turner Dr., SW, Atlanta, GA 30303-3309

Pursuant to LR83.1(E)(4), lead counsel for the Byrd family respectfully requests that the Court not schedule any court appearances in the above-referenced matter between **July 3rd and July 12th, 2021**, as counsel will be out of town. Defense counsel has no objection to this request.

 Respectfully Submitted,

 /s/ Tom Jacob
 **TOM JACOB**, *pro hac vice*
  tjacob@nationaltriallaw.com
  Texas State Bar #24069981
 **STEVEN HASPEL**, *pro hac vice*
  shaspel@nationaltriallaw.com
  Texas State Bar #24109981
 **WHITEHURST, HARKNESS,**
  **BREES, CHENG, ALSAFFAR,**

**HIGGINBOTHAM, & JACOB P.L.L.C.**
7500 Rialto Blvd, Bldg. Two, Ste 250
Austin, TX 78735
(512) 476-4346 (o)
(512) 467-4400 (f)

**NELSON O. TYRONE, III**
  nelson@tyronelaw.com
  Georgia State Bar #721189
**TYRONE LAW FIRM**
  1201 Peachtree Street N.E.
  Atlanta GA, 30361
  (404) 377-0017 (o)
  (404) 249-6764 (f)

Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE & COMPLIANCE

By my signature below, I certify that this pleading was prepared using Century Schoolbook at 13 point size. Further, I certify that a copy of this pleading, Leave of Absence Notice, has been sent to the following on June 22, 2021 via the Court's CM/ECF notice system.

      **KURT R. ERSKINE**
        ACTING U.S. ATTORNEY
      **TRISHANDA L. TREADWELL**
        ASSISTANT U.S. ATTORNEY
        Georgia Bar No. 356896
        trish.treadwell@usdoj.gov
        600 Richard B. Russell Federal Bldg.
        75 Ted Turner Drive, S.W.
        Atlanta, Georgia 30303
        (404) 581-6000
        (404) 581-6150 facsimile

      /s/ Tom Jacob
      Tom Jacob
      WHITEHURST, HARKNESS,
      BREES, CHENG, ALSAFFAR,
      HIGGINBOTHAM, & JACOB P.L.L.C.