# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

**LORENZO BYRD**, on behalf of
**TOMMY L. BYRD**, an incompetent
adult,

     Plaintiff,

vs.

**UNITED STATES OF AMERICA**,

     Defendant.

**NO. 1:20-CV-03090-LMM**

## NOTICE OF DEPOSITION OF TOMMY L. BYRD

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant serves this notice, by and through counsel for Tommy L. Byrd, of the oral deposition of the following witness at the time and place stated below for use in this action, including in any dispositive motions and at trial.

Witness:     Tommy L. Byrd

Date:     July 30, 2021

Time:     10:30 a.m. EST

Location:   CRC Salomon

         2201 Old Court Road

         Baltimore, MD

Court Reporter: Esquire/CRC Salomon

Respectfully submitted July 16, 2021.

KURT R. ERSKINE
  *Acting United States Attorney*

/s/ Trishanda L. Treadwell

Trishanda L. Treadwell
*Assistant United States Attorney*
Georgia Bar No. 356896
Trish.treadwell@usdoj.gov
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
(404) 581-6000   Fax (404) 581-6181

## Certificate of Service

I certify that I have electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system, which will automatically send email notification

of such filing to attorneys of record.

> TOM JACOB, *pro hac vice*
> tjacob@nationaltriallaw.com
> STEPHEN HASPEL, *pro hac vice*
> shaspel@nationaltriallaw.com
> **WHITEHURST, HARKNESS, BREES, CHENG, ALSAFFAR,**
> **HIGGINBOTHAM, & JACOB P.L.L.C.**
> 7500 Rialto Blvd, Bldg. Two, Ste 250
> Austin, TX 78735
> (512) 476-4346 (o)
> (512) 467-4400 (f)

July 16, 2021

> */s/ Trishanda L. Treadwell*
> Trishanda L. Treadwell
> *Assistant United States Attorney*