IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LORENZO BYRD**, on behalf of **TOMMY L. BYRD**, an incompetent adult,<br><br>    Plaintiff,<br><br>vs.<br><br>**UNITED STATES OF AMERICA**,<br><br>    Defendant. | NO. 1:20-CV-03090-LMM |

ORDER

Having read and considered the Consent Motion to Depose Tommy L. Byrd, it is hereby ORDERED that the parties shall be granted an extension of the discovery period for the sole purpose of deposing Tommy L. Byrd on or before July 30, 2021.

So ordered this  19th  day of      July       , 2021.

_____
HON. JUDGE LEIGH MARTIN MAY