IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **LORENZO BYRD**, on behalf of **TOMMY L. BYRD**, an incompetent adult,<br>    Plaintiff<br>vs.<br>**UNITED STATES OF AMERICA**,<br>    Defendant | NO. 1:20-CV-03090-LMM |

# ORDER

After reviewing the motion to appoint a guardian ad litem, the Court ORDERS and APPOINTS Lauren Bryant, the Law Office of Lauren A. Bryant, 11138 State Bridge Road, #150, Alpharetta, Georgia 30022, 470-252-7536 (office), Georgia State Bar #418111, as the Guardian Ad Litem to protect the interest of Mr. Tommy Byrd and to review the settlement in the above styled case. Within two weeks of the entry of this Order, Ms. Bryant will issue her report to the Court. Plaintiff will be responsible for paying the fees to the guardian ad litem.

IT IS SO ORDERED, this 19th day of January, 2022.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE